1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   ROLAND MA,

8                           Plaintiff,                CASE NO. C18-1778-JCC

9        v.

10  UNIVERSITY OF SOUTHERN                            MINUTE ORDER
    CALIFORNIA,

11

12                          Defendant.

13          The following Minute Order is made at the direction of the Court, the Hon. Mary Alice

14  Theiler, United States Magistrate Judge:

15          Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient.   He

16  indicates receiving over $7,000.00 in the past year and $255.00 in monthly medical expenses.

17  Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order.

18  He must provide complete and detailed information, with specifics as to his income and any

19  benefits or other sources of money, and a detailed description of his monthly expenses, including

20  food and shelter.  Failure to comply may result in denial of IFP and/or dismissal.

21          DATED this 13th day of December, 2018.

22                          WILLIAM M. MCCOOL, Clerk

23                          By:   s/ Tomas Hernandez
                                    Deputy Clerk

MINUTE ORDER
PAGE - 1