UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA, <br><br> Defendant. | CASE NO. C18-1778-JCC <br><br> ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's amended IFP application (Dkt. 4) is GRANTED. However, this matter should be reviewed under 28 U.S.C. § 1915(e)(2)(B). (*See* Dks. 1-1 & 7.) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 18th day of December, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1